# In the United States Court of Federal Claims

No. 11-236C

(Filed: December 9, 2015)

```
*************************************
                                     *
DEMODULATION, INC.,                  *
                                     *
              Plaintiff,             *
                                     *
v.                                   *
                                     *
THE UNITED STATES,                   *
                                     *
              Defendant.             *
                                     *
*************************************
```

## ORDER

On December 8, 2015, Plaintiff filed a Motion for Reconsideration of the Court's August 13, 2015 Order (Dkt. No. 166) dismissing Plaintiff's trade secret claims with prejudice.

As set forth in Rule 59(f), the Court hereby invites Defendant to respond to Plaintiff's Motion for Reconsideration on or before December 23, 2015. Plaintiff may file a reply to Defendant's response on or before December 30, 2015.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge
