IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DEMODULATION, INC; <br><br> *Plaintiff,* <br><br> v. <br><br> THE UNITED STATES OF AMERICA <br><br> *Defendant.* | Case No.: 1:11-CV-236 <br><br> Hon. Thomas C. Wheeler |

**UNOPPOSED MOTION BY DEMODULATION, INC. FOR AN ENLARGEMENT OF TIME**

Demodulation, Inc., by and through counsel, moves for an enlargement of time to respond to Defendant's anticipated opposition to Plaintiff's Motion for Reconsideration. Dkt. No. 182. Currently, the Court's December 9, 2015 Order (Dkt. No. 183) designates December 23, 2015 as the date Defendant must respond to Plaintiff's Motion for Reconsideration and December 30, 2015 as the date Plaintiff must file a reply to Defendant's response. We are requesting an enlargement of twelve (12) days for Plaintiff to reply to Defendant's opposition.

On December 3, 2015, both Plaintiff and Government counsel participated in a phone conference pursuant to the Court's August 31, 2015 scheduling order. Dkt. No. 171. Among the topics discussed at that time was Plaintiff's anticipated motion for reconsideration. Both counsel discussed anticipated scheduling issues in light of the upcoming holidays. Both parties agreed to schedule oppositions and replies around the holidays as well as Plaintiff's counsel's vacation schedule.

On December 10, 2015, Plaintiff obtained Defendant's consent to enlarge the time for the Government's response to Plaintiff's Motion for Reconsideration (Dkt. No. 182) to December 29, 2015 and Plaintiff's reply to January 11, 2016. On December 11, 2015, we received

Defendant's consent regarding Plaintiff's response to Defendant's motion to bar Dr. Hnatio from receiving any Government Protected Information (Dkt. No. 184), which Plaintiff requests to also be due on January 11, 2016. Defendant's counsel indicated that Defendant would not object to this enlargement.

Therefore, Plaintiff requests the Government's brief in response to the Court's Order (Dkt. No. 183) be due on December 29, 2015; Plaintiff's reply brief be due on January 11, 2016; and Plaintiff's response to Dkt. No. 184 be due on January 11, 2016.

For the reasons set forth above, Demodulation, Inc. respectfully requests that this motion be granted.

Respectfully submitted,

Keith A. McKenna, Esq.
THE MCKENNA LAW FIRM, LLC
96 Park Street
Montclair, New Jersey 07042
(973) 509-0050
Attorneys for Plaintiff

Keith A. McKenna, Esq.

Dated:  December 11, 2015